IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA CAGE, | No. C 13-02743 EJD (PR) |
| Petitioner, | ORDER OF TRANSFER |
| v. | |
| JEAN ROY, | |
| Respondent. | |

Petitioner, a prisoner at the Central California Women's Facility State Prison, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging her state conviction.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). However, Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968). The petition indicates that Petitioner was convicted in Riverside County which lies within the venue of the Central District of California. See 28 U.S.C. 84(b).

///

///

Order of Transfer
G:\PRO-SE\EJD\HC.13\02743Cage_transfer.wpd

1  Accordingly, the above-titled action is hereby **TRANSFERRED** to the United
2  States District Court for the Central District of California. See 28 U.S.C. §§ 1404(a),
3  2241(d); Habeas L.R. 2254-3.
4  The Clerk shall transfer this matter and terminate any pending motions.

DATED: 7/2/2013

EDWARD J. DAVILA
United States District Judge

Order of Transfer
G:\PRO-SE\EJD\HC.13\02743Cage_transfer.wpd      2


# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

LISA CAGE,

        Petitioner,

  v.

JEAN ROY,

        Respondent.

_____/

Case Number CV 13-02743 EJD (PR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____7/3/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Lisa Cage**
No. 00400
Central California Women's Facility State Prison
P. O. Box 1508
Chowchilla, CA 93610

DATED: _____7/3/2013_____

Richard W. Wieking, Clerk
/s/By: Elizabeth Garcia, Deputy Clerk